UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DAMON LEE HARMON** | * | **CIVIL ACTION NO. 2:14-cv-2205** |
| **DOC #519554** | * | **SECTION P** |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| **WARDEN, ALLEN CORRECTIONAL** | * | |
| **CENTER, O/B/O JAMES M. LEBLANC** | * | **MAGISTRATE JUDGE KAY** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 9) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for habeas corpus is **DENIED AND DISMISSED WITH PREJUDICE** because petitioner's claims are barred by the one-year limitation period codified at 28 U.S.C. § 2244(d)(1)(A).

Lake Charles, Louisiana, this 15 day of March, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE